*649-12*
*650-12*

## ELECTRONIC RECORD

CCA #   01-11-00943-CR , *01-11-00944-CR*   OFFENSE:   Habeas Corpus

STYLE:   Kufreabasi Ita Enyong v. The State of Texas

PUNISHMENT:   1 Yr HCJ, 21 days Credit

COUNTY:   Harris

TRIAL COURT:   Co Crim Ct at Law No 1
TRIAL COURT #:   1612023A
TRIAL COURT JUDGE:   The Honorable Paula Herring Goodhart

DISPOSITION: **REVREMAND**

DATE:   **4/26/2012**

JUSTICE: **Hon. Terry Jennings**

PC **N**  S **Y**  PUBLISH: **Y**  DNP: **N**

CLK RECORD: **10/27/2011 1 VOL.**
RPT RECORD: **11/8/2011 3 VOLS.**
STATE BR: **1/20/2012**
APP BR: **12/12/2011**

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

*649-12*
*650-12*

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # _____

_____ *STATE's* _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

*granted + remanded*

DATE: *4-24-2013*

JUDGE: *PC*

Disposition: *REV+REM*
DATE: *4-24-2013*
JUDGE: *Per Curiam*
SIGNED: _____        PC: ✓
PUBLISH: _____        DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____